IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02210-LTB-MJW

DAVID W. PERRY and
PAMELA PERRY,

Plaintiffs,

v.

FEDERATED MUTUAL INSURANCE COMPANY and
FEDERATED SERVICE INSURANCE COMPANY,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the Motion to Vacate Scheduling Conference and Deadlines (Docket No. 19) is granted.  The Scheduling Conference set on October 15, 2014, at 9:30 a.m. is VACATED.

     It is further ORDERED that the parties shall file their dismissal papers on or before November 19, 2014.

Date: September 22, 2014