**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.   14-cv-02210-LTB-MJW

DAVID W. PERRY and
PAMELA PERRY,

   Plaintiffs,

v.

FEDERATED MUTUAL INSURANCE COMPANY and
FEDERATED SERVICE INSURANCE COMPANY,

   Defendants.
___

**ORDER**
___

  THIS MATTER having come before the Court on the Stipulation for Dismissal With Prejudice Pursuant to F.R.C.P. 41(a)(1)(A)(ii) (Doc 22 - filed October 9, 2014), and the Court being fully advised in the premises, it is therefore

  ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

           BY THE COURT:

            s/Lewis T. Babcock
           Lewis T. Babcock, Judge

DATED: October 10, 2014